JEFFREY S. BLANCK, ESQ.
Nevada State Bar No. 3913
485 West Fifth Street
Reno, Nevada 89503
(775) 324- 6640
(775) 323-5944 Fax
jblanck@jeffreyblancklaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAYLE CHILES, and individual; et al. | Case No. 3:05-cv-0179-LRH (RJJ) |
| Plaintiff's, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION AND RELATED DEADLINES AND FOR FILING THE JOINT PRETRIAL ORDER** |
| vs. | |
| GARY UNDERHILL in his official and individual capacity; et al., | |
| Defendants. | |
| _____/ | |

The parties, through their respective counsel of record, hereby agree and stipulate to extend the time-lines within which to file the briefing with respect to the dispositive motions the parties have filed, along with the related timetable for lodging the Joint Pretrial Order. This stipulation constitutes the sixth request to modify the scheduling order, now only dealing with these two deadlines and no others.

The reasons for this stipulation are:

(1)  This action is closely related to four (4) other currently pending actions, namely: Williams, et al.  v. Underhill, et. al., Case No. 3:05-cv–0175-LRH (RJJ); Smith, et. al.  v. Underhill, et. al., Case No. 3:05-cv-0176-LRH (RJJ); McCarthy, et al. v. Washoe County School District, et al., Case No. 3:05-cv-0177-LRH (RJJ); and Alexander, et al. v. Underhill, et al., Case No. 3:05-cv–0178-LRH (RJJ). It is also related to a fifth (5th) case that was filed substantially

1 later, and in which these mentioned deadlines do not apply, namely, Cranford, et al., v.
2 Underhill., Case No. 3:05-cv-00111-LRH (GWF).  While all these cases each are based on
3 different alleged factual scenarios, they are closely related in terms of the identity of many of the
4 defendants, parties, witnesses, and other circumstances.  Oral deposition discovery was
5 consolidated by virtue of a separate stipulated Order (Dkt.#41) for the five closely-related cases
6 in order to save economic resources and time.

7      (2)Defense counsel have already filed summary judgment motions in the first five cases.
8      (3)     Plaintiffs' counsel filed partial summary judgment motions on January 7, 2007, in
9 the Alexander and Chiles cases, and Defendants have opposed those partial summary judgment
10 motions, and filed cross-motions.

11      (4)     Logistically, the single extended filing date has turned out to be problematic for
12 the parties because of the extensive body of evidence that needs to be analyzed and compiled for
13 the summary judgment motions and exhibits.  The electronic filing process is also time intensive,
14 albeit very convenient, not to mention the additional time for scanning the documents internally
15 prior to e-filing, providing courtesy copies of the numerous exhibits to the Court, and opposing
16 counsel, and the occasional equipment problems.

17      (5)     Plaintiffs' counsel is a sole practitioner and has numerous cases in litigation in
18 State and Federal Court requiring a balancing of deadlines and workload.

19      (6)     Plaintiff will have the Reply brief in this case and in  Alexander filed by
20  September 6, 2007.

21      (7)     The previous order identified the fact that plaintiff may need one more extension.
22 Based on the foregoing, the parties respectfully request that the following deadlines be
23 extended as follows:

24      (1)     The deadline for the Plaintiffs to file and serve their Opposition Brief  to
25 Defendants' Motion for Summary Judgment be moved from September 6, 2007 to on or before
26 Friday, October 26, 2007.

27      (2)     The deadline for Defendants to file their Reply brief to Plaintiffs' Opposition to
28 Defendants' Summary Judgment Motion shall also vary from the typical response times under

1  the local rules, and the Reply shall be due on or before Friday <u>November 30, 2007</u>. If additional
2  time is needed , counsel anticipate submitting an appropriate stipulation and order.
3      (3)  Based on the parties' already-filed and anticipated dispositive motions, the date
4  for filing the Joint Pretrial Order ("JPO") is extended to <u>30 days after the entry of decision on all
5  dispositve motions, or further order of the Court</u>, in accordance with LR 26-1(e)(4).
6      This Stipulation being submitted prior to the due date, as contemplated by LR 6-1.

7  LAW OFFICE OF JEFFREY S. BLANK

8  By_____/s/_____    Dated this 27th day of August, 2007.

9     Jeffrey S. Blanck, Esq.
   485 West Fifth Street
10    Reno, Nevada 89503
   (775) 324-6640 telephone
11    (775) 323-5944 facsimile
   Attorney for Plaintiffs
12

13 MAUPIN, COX & LeGOY

14 By_____/s/_____    Dated this 27th day of August, 2007.

15    Michael Malloy, Esq.
   Debra Waggoner, Esq.
16    4785 Caughlin Pky
   Reno, Nevada 89520
17    (775) 827-2000 telephone
   (775) 827-2185 facsimile

18    Attorneys for Defendant

19                                           NO FURTHER EXTENSIONS SHALL BE
20                                           GRANTED.

21                                           IT IS SO ORDERED.

22

23

24                                           _____
25                                           LARRY R. HICKS
26                                           UNITED STATES DISTRICT JUDGE

27                                           DATED:  August 29, 2007

28 \\Jeff\My Documents\Chiles v. W.C.S.D 90704.010\STIP EX T.wpd