UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GAYLE CHILES, an individual; et al.,

Plaintiffs,

vs.

GARY UNDERHILL, in his official capacity; et al.

Defendants.

Case No. 03:05-CV-00179-LRH-RJJ

**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** (First Request); **ORDER**

Remaining Plaintiff Jillian Chiles ("Plaintiff"), and the remaining Defendants ("Defendants") in this action, by and through their respective counsel, hereby respectfully submit this Stipulation for Extension of Time to file the Joint Pretrial Order. This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local rules of this Court. This is the first request for an extension of time to file the Pretrial Order.

Under the "Order" entered in this action on March 25, 2008, the Joint Pretrial Order ("JPO") is currently due on April 25, 2008.

Plaintiff's counsel has two other cases with Pretrial Orders due on April 25 and 28, 2008 and the parties in this action are discussing possible settlement of the case. The parties have agreed that an additional 49 days would be appropriate and necessary within which to file the JPO, and that the JOP must be filed on or before

1

1  June 13, 2008.

2

3

4  Dated this 22 day of April, 2008.

5

6                                               _____
                                                JEFFREY S. BLANCK, Esq.
7                                               Attorney for Plaintiff Jillian Chiles

8

9  Dated this 22 day of April, 2008.          MAUPIN, COX & LE GOY

10

11                                              By_____/s/_____
                                                MICHAEL E. MALLOY, Esq.
12                                              Attorneys for Defendants

13

14                                              **ORDER**.

15

16                                              IT IS SO ORDERED:

17

18
       April 28, 2008
19  **DATED:**_____            _____
                                                **UNITED STATES DISTRICT JUDGE**
20

21

22

23

24

25

26
    C:\...\office1\mydocuments\chilesstipJPTO4-17-08
27

28

2